In the Matter of the Application of JOHN BUONIELLO, Respondent, for a Peremptory Order of Mandamus against BUONIELLO CONTRACTING Co., INC., and Others, Appellants.— Upon stipulation of counsel for the petitioner, respondent,

order granting motion for a peremptory mandamus order modified by providing that the examination shall be concluded within two weeks from the entry of the order herein, and as so modified affirmed, without costs. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur. Settle order on notice.